

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00058-CV

| | | |
|---|---|---|
| Kenneth Ray Waldrop | § | From the 393rd District Court |
| | § | of Denton County (2006-61054-393) |
| | § | |
| v. | § | June 7, 2018 |
| | § | Opinion by Justice Walker |
| | § | Dissent by Chief Justice Sudderth |
| Teresa Waldrop | § | Concurrence by Justice Meier |

## JUDGMENT ON EN BANC RECONSIDERATION

After reviewing Appellant Kenneth Ray Waldrop's motion for en banc reconsideration, we grant the motion. We withdraw our September 29, 2016 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's final order on Kenneth's declaratory judgment declaring the Contractual Maintenance provision to be purely contractual. We reverse that portion of the trial court's final order on Kenneth's

declaratory judgment declaring that the "further orders of the court, including" language does not authorize the trial court to modify the Contractual Maintenance provision, we reverse the trial court's alternative declaration that chapter 8 applies, and we reverse the award of declaratory-judgment attorney's fees to Teresa. We remand this case back to the trial court for a determination of whether Kenneth's maintenance obligation should be modified or terminated by further orders of the trial court and to determine an award of attorney's fees, if any, for either of the parties.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
        Justice Sue Walker